UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS GESUALDI, LOUIS BISIGNANO,
MICHAEL O'TOOLE, MICHAEL C. BOURGAL,
DARIN JEFFERS, JOSEPH A. FERRARA, SR.,
FRANK H. FINKEL, MARC HERBST,
DENISE RICHARDSON, THOMAS F. CORBETT,
as Trustees and Fiduciaries of the Local
282 Pension Trust Fund,

                                                                                                                JUDGMENT
                                                                                                                18-CV-3773 (FB) (SJB)

                               Plaintiffs,

    -against-

D. GANGI CONTRACTING CORP.,
JOHN DOE COMPANIES 1–99,

                               Defendants.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 12, 2019, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated February 11, 2019, which recommended the following: that default judgment be entered against D. Gangi, and D. Gangi be ordered to pay the following: 1. $64,002 in withdrawal liability; 2. $1,511.25 in interest through July 25, 2018 and an additional $31.56 per day until payment; 3. $12,800.40 in liquidated damages; 4. $4,097 in attorney's fees; and 5. $440 in costs; and that John Doe Companies 1-99 be dismissed without prejudice; it is

       ORDERED and ADJUDGED that default judgment is hereby entered against D. Gangi in the total amount of $82,850.65 plus $31.56 per day from July 25, 2018 until date of payment; that John Doe Companies 1-99 are dismissed without prejudice; and that there shall be no additional post-judgment interest other than the $31.56 that accrues daily until the date of payment.

Dated: Brooklyn, New York  
      March 13, 2019

Douglas C. Palmer  
Clerk of Court

by:    */s/ Jalitza Poveda*  
       Deputy Clerk